JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO HERNANDEZ, | ) | Case No. CV 10-09714 DDP |
| Plaintiff, | ) | |
| v. | ) | |
| KEVIN M. LALLY et al., | ) | |
| Defendants. | ) | |

Petitioner brings this Petition for a Writ of Habeas Corpus to challenge a conviction. (Pet. at 2). However, Petitioner has not yet been convicted. The Petition is therefore DENIED without prejudice as premature. The court's order that Respondents file a return (Dkt. No. 2) is VACATED.

IT IS SO ORDERED.

Dated: April 13, 2012

_____
DEAN D. PREGERSON
United States District Judge